August 18, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

PAUL STAMATIS, JR., AS INDEPENDENT EXECUTOR OF THE ESTATE OF PAUL STAMATIS, DECEASED, Appellant

NO. 14-15-00829-CV                 V.

METHODIST WILLOWBROOK HOSPITAL, THE METHODIST HEALTH CARE SYSTEM, DANIEL MAO, M.D., AND NEPTUNE EMERGENCY SERVICES, P.A., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Methodist Willowbrook Hospital, The Methodist Health Care System, Daniel Mao, M.D., and Neptune Emergency Services, P.A., signed September 10, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Paul Stamatis, Jr., as Independent Executor of the Estate of Paul Stamatis, Deceased, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.